GIOVANNA DE ROGATIS, respondent,

*v.*

WILLIAM A. MEGARO et al., appellants.

[Decided October 11th, 1918.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Stevens, who filed the following opinion:

There can be no reasonable doubt that Ianneci holds the property in trust for Megaro. Megaro lives in a part of the property and rents the rest. He pays the interest on the building and loan mortgage and other charges. What money was paid to Mr. Hood on the last sale ($500) was paid by Megaro. He has never rendered any account of moneys received and paid to Ianneci. He has spent a considerable sum of money of his own in improving the property and Ianneci has manifested no such interest in it as an owner usually manifests. Ianneci's statements as to money lent or given to Megaro are vague and contradictory. The only tangible evidence that he produced is a check of $300, which bears date nearly a year and a half before the property was acquired from Schechner. The complainant is entitled to a decree.

*Mr. William Greenfield,* for the respondent.

*Mr. Anthony R. Finelli,* for the appellants.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Stevens.

*For affirmance*—THE CHIEF-JUSTICE, SWAYZE, TRENCHARD, BERGEN, MINTURN, KALISCH, BLACK, WHITE, HEPPENHEIMER, WILLIAMS, TAYLOR, GARDNER—12.

*For reversal*—None.